MAO
x9290

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:    '21 MJ03373 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Andrea FLORES, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 14, 2021, within the Southern District of California, Andrea FLORES did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Tyler Matthew
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th of August 2021.

HON KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Tyler Matthew, declare under penalty of perjury, the following is true and correct:

On August 14, 2021, at approximately 3:50 PM, Andrea FLORES, ("FLORES"), a United States Citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry as a pedestrian.

A Customs and Border Protection Officer was assigned to inspect FLORES. FLORES did not have any valid documents to enter the U.S. FLORES gave two negative declarations, said she was a U.S citizen and listed her social security number. The CBPO began to interview FLORES in order to verify her citizenship and had to conduct a pat down for officer safety. During the pat down the CBPO noticed a bulge in the bra area of FLORES.

A Canine Enforcement Team conducted a secondary canine sniff on FLORES when the Human and Narcotic Detection Dog alerted to FLORES's person.

Further inspection of FLORES resulted in the discovery of 2 packages concealed in her bra, with a total approximate weight of 1.04 kgs (2.29 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of Heroin.

FLORES was placed under arrest at approximately 6:00 PM.

1

During a post-Miranda interview, FLORES admitted that she had agreed to smuggle the packages into the United States in order to square a grievance that some people in Tijuana had with her boyfriend. FLORES said she did not know what the grievance was and did not identify her boyfriend nor elaborate on the identities of the individuals in Tijuana with the grievance. FLORES advised that she understood that illegal narcotics were known to be smuggled into the U.S. from Tijuana. FLORES said she wasn't stupid and knew that there was a possibility that the packages she was smuggling could be illegal narcotics.

FLORES was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on August 14, 2021, at ___10:30 PM_____

Tyler Matthew, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 03 pages, I find probable cause to believe the defendant, Andrea FLORES, named in this probable cause statement, committed the offense on August 14, 2021, in

2

violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____        __2:24 PM, Aug 15, 2021__

Hon. Karen S. Crawford                              Date/Time

United States Magistrate Judge

3